1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7
8

ADRIENNE HURTADO,

      Plaintiff,

Case No.  5:16-cv-01075-EJD

9

  v.

**ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

10
11

CAROLYN W. COLVIN, Commissioner of Social Security,

12

      Defendant.

13

On April 7, 2016, Defendant filed a document indicating her voluntary consent to have a

14

United States Magistrate Judge conduct all further proceedings in this action.  Dkt. No. 9.

15

In order to determine the position of both parties on this issue, the court orders Plaintiff to

16

file a similar document indicating either consent or declination to proceed before a United States

17

Magistrate Judge on or before **April 14, 2016.**

18
19

**IT IS SO ORDERED.**

20

Dated:  April 7, 2016

21
22



EDWARD J. DAVILA
United States District Judge

23
24
25
26
27

1

28

United States District Court<br/>Northern District of California