UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE HURTADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.  5:16-cv-01075-EJD<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (Dkt. Nos. 9, 11), the Clerk shall reassign it to an available magistrate judge.

**IT IS SO ORDERED.**

Dated:  April 13, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:16-cv-01075-EJD
ORDER DIRECTING CLERK TO REASSIGN CASE